UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 2:18-cv-20784

v.                                     District Judge Paul D. Borman
                                        Magistrate Judge Anthony Patti

CARLTON O. BANKHEAD,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S POST SENTENCING MOTION FOR BOND PENDING HIS PETITION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255**

The Court read the Report and Recommendation of Magistrate Judge Anthony Patti Denying Defendant's Motion for Bond. (ECF #51). The Court adopts Magistrate Judge Patti's recommendation and agrees that Petitioner has not shown that extraordinary or exceptional circumstances exist that warrant Petitioner's request for bond.

Accordingly, the Court denies Petitioner's request for bond.

SO ORDERED.

DATED: FEB 10 2020

                                                PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE